UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARIA M. ACEVEDO,
         Plaintiff,

     v.                                            CASE NO. 3:15-cv-0054(VAB)

CAROLYN COLVIN,
Acting Commissioner of Social
Security,
         Defendant.

## RULING

Upon review under 28 U.S.C. §636(b)(1) and Federal Rule of Civil Procedure 72(b), and there being no objections to the Recommended Ruling of United States Magistrate Judge William I. Garfinkel (ECF No. 17), that Recommended Ruling is hereby **APPROVED AND ADOPTED** with the following modification: on page one of the opinion, after the citation to "[Doc # 12]," the Court adds a footnote that reads: "While the Commissioner did not file a motion, the Court construes the Commissioner's memorandum [Doc #12] as a motion."

Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 11) is **GRANTED**. Defendant's request to affirm the Commissioner's decision (ECF No. 12), which the Court construes as a motion, is **DENIED**. The Clerk shall enter judgment accordingly and close this case.

**SO ORDERED** this 20th day of April 2016 at Bridgeport, Connecticut.

                                                        /s/ Victor A. Bolden
                                                        Victor A. Bolden
                                                        United States District Judge